**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TEA CISNEROS-DYSTHE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  2:17-cv-02143-RFB-GWF<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL (FIRST REQUEST)** |

   IT IS HEREBY STIPULATED, by and between TEA CISNEROS-DYSTHE (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record,  that Plaintiff shall have an extension of time to deliver the **MOTION FOR REMAND AND/OR REVERSAL.**

   The current due date is December 27, 2017. The new due date will be  January 26, 2018. The parties further stipulate that all other dates will be extended accordingly, and Defendant's response will be due to Plaintiff by February 25, 2018.

   This is the first extension of time requested by Plaintiff in the above-captioned matter. Plaintiff requests this extension because the Appellate Attorney Writer is ill to the extent her vision is affected and she therefore cannot effectively write. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Plaintiff has conferred with Defendant's counsel, who had no opposition to this motion on December 26, 2017.

It is therefore respectfully requested that Plaintiff be granted a thirty (30) day extension of time to file the **MOTION FOR REMAND AND/OR REVERSAL** up to and including January 26, 2018.

DATED this 26th day of December 2017.   DATED this 26th day of December 2017.

/s/ *Richard A. Harris*  
**RICHARD A. HARRIS, ESQ.**  
Nevada State Bar No. 505  
RICHARD HARRIS LAW FIRM  
801 S FOURTH ST.  
LAS VEGAS NV 89101  
Ph: (702) 444-4392  
Fax: (702) 444-4455  
Email: rick@richardharrislaw.com  

Attorney for Plaintiff

/s/ *Richard M. Rodriguez*  
(As authorized via email 12/26/17 10:02am)  
MARK E WOOLF  
United States Attorney  
**RICHARD M. RODRIGUEZ**  
Special Assistant United States Attorney  

Attorneys for Defendant

IT IS SO ORDERED.

_____  
THE HONORABLE GEORGE FOLEY, JR.  
UNITED STATES MAGISTRATE JUDGE

DATE: December 27, 2017